## MOORE v. CITY OF BIRMINGHAM.
(Decided May 13, 1915.)

CERTIORARI to Court of Appeals.

ERLE PETTUS, for appellant. ROMAINE BOYD and M. M. ULLMAN, for appellee.

McCLELLAN, J.—The judgment of Court of Appeals in *Moore v. City of Birmingham*, 12 Ala. App. 619, 68 South. 540, is affirmed and writ denied.

All the Justices concur.

## RAY v. LANCASTER.
(Decided April 22, 1915.)

APPEAL from Etowah Circuit Court.

Heard before Hon. J. E. BLACKWOOD.

W. J. BOYKIN, for appellant. McCORD & DAVIS, for appellee.

MAYFIELD, J.—No reversible error being found, the cause is affirmed.

ANDERSON, C. J., SOMERVILLE and THOMAS, JJ., concur.

## ROACH v. PAGE.
(Decided April 8, 1915.)

APPEAL from Mobile Law and Equity Court.

Heard before Hon. SAFFOLD BERNEY.

No counsel marked for either party.

Per curiam. Appeal dismissed for want of prosecution.